1  TRACY L. WILKISON
2  Acting United States Attorney
   DAVID M. HARRIS
3  Assistant United States Attorney                LINK TO 17-2
4  Chief, Civil Division
   CEDINA M. KIM
5  Assistant United States Attorney
6  Senior Trial Attorney, Civil Division
   STACY WIESBROCK, CSBN 257920
7  Special Assistant United States Attorney
8        Social Security Administration
         160 Spear St., Suite 800
9        San Francisco, CA  94105
10       Telephone: (510) 970-4865
         Facsimile: (415) 744-0134
11       Email: stacy.wiesbrock@ssa.gov
12 Attorneys for Defendant
13                UNITED STATES DISTRICT COURT
14                CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION
15
16 JENNIFER COLLINS,                )   No. 2:20-cv-10940-RGK-GJS
                                    )
17        Plaintiff,                )
                                    )   [~~PROPOSED~~]
18        v.                        )   **JUDGMENT OF REMAND**
                                    )
19 KILOLO KIJAKAZI,[1]              )
20 Acting Commissioner of Social    )
   Security,                        )
21                                  )
22        Defendant.                )

        The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1 | above-captioned action is remanded to the Commissioner of Social Security for
2 | further proceedings consistent with the Stipulation to Remand.

DATED:  October 2, 2021

*/s/ Gary Klausner*

HON. R. GARY KLAUSNER
UNITED STATES MAGISTRATE JUDGE