ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Jennifer Collins

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNIFER COLLINS, | CASE NO. CV 20-10940-GJS |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING ATTORNEY'S FEES PURSUANT 42 U.S.C. § 406(b). |
| v. | |
| MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

In response to Plaintiff's Motion for Attorney's Fees Pursuant to 42. U.S.C. § 406(b), the court hereby grants the motion and it is ORDERED that Plaintiff's counsel is awarded attorney's fees in the amount of SIXTEEN-THOUSAND ONE-HUNDRED TWENTY-FOUR DOLLARS AND ZERO CENTS ($16,124.00) under 42. U.S.C. § 406(b), which represents 25% of Plaintiff's back-

due social security disability benefits awarded to her under Title II of the Social Security Act.

Plaintiff's counsel was previously awarded FOUR-THOUSAND NINE-HUNDRED TWENTY-SEVEN DOLLARS AND TWENTY-SEVEN CENTS ($4,927.27) in attorney's fees under the Equal Access to Justice Act ("EAJA") by this court in an Order issued December 16, 2021 (Docket Entry No. 22) and pursuant to the offset provisions of the EAJA, upon the receipt of the full attorney's fee under 42 U.S.C. § 406(b) by Plaintiff's counsel, he is ordered to reimburse to Plaintiff the full amount of the EAJA fee previously awarded.

IT IS SO ORDERED.

Dated: April 10, 2024      _____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE